James V. Falvey, Respondent, Appellant, v. Samuel Woolner, Appellant, Respondent.— Judgment and orders affirmed. No opinion.

The Cushman & Denison Manufacturing Company, Appellant, v. Clipper Manufacturing Company, Respondent.— Judgment and order affirmed, with costs. No opinion.

James McDermott, Respondent, v. The City of New York, Appellant. Judgment reversed and new trial ordered, with costs to appellant to abide event, unless plaintiff stipulates to reduce judgment as entered, including interest, costs and allowance, to the sum of $6,719.37; in which event the judgment as so modified is affirmed, without costs. No opinion.

Romain Poyet, as Administrator, etc., of Ulisses Poyet, Deceased, Respondent, v. Charles Rohe (doing Business under the Name and Style of Rohe & Brother), Appellant.— Judgment and order affirmed, with costs. No opinion. (Laughlin, J., dissenting.)

William A. Brady, Respondent, v. W. Seward Webb, Appellant, Impleaded with Others, Defendants.— Interlocutory judgment affirmed, with costs, with leave to defendant to withdraw demurrer and to answer upon payment of costs in this court and in the court below. No opinion. (O'Brien, P. J., dissenting.)

Fredcrick W. Sander, Respondent, v. The New York and Harlem Railroad Company, and The New York Central and Hudson River Railroad Company, Appellants.— Judgment affirmed, with costs. No opinion.

Hugh Slevin, Respondent, v. Joseph Schmitt, Appellant.— Judgment affirmed, with costs. No opinion.

J. B. & J. M. Cornell Company, Respondent, v. Thomas Morgan and Others, Impleaded with The Berger Manufacturing Company, Appellant.— Judgment affirmed, with costs. No opinion.

Josephine Bean. Appellant, v. New York Edison Company, Respondent.— Determination affirmed, with costs. No opinion.

Samuel T. Shaw and Julia E. Ford, Individually, and Samuel T. Shaw and Others, as Executors, etc., of Julia A. Shaw, Deceased, Respondents, v. The New York Elevated Railroad Company and Others, Appellants.— Judgment affirmed, with costs. No opinion.

The Lawyers' Advertising Company, Respondent, v. Consolidated Railway Lighting and Refrigerating Company, Appellant.— Judgment affirmed, with costs. No opinion.

Lizzie E. Rhein. Respondent, v. Basil W. Rowe, Appellant.— Judgment affirmed, with costs. No opinion.

Martin Riester, Respondent, v. The New York and Harlem Railroad Company and The New York Central and Hudson River Railroad Company, Appellants. — Judgment affirmed, with costs. No opinion.

Louis Sieferd and Charles Sieferd, Respondents, v. The New York and Harlem Railroad Company and The New York Central and Hudson River Railroad Company, Appellants. (No. 2.)— Judgment affirmed, with costs. No opinion.

James J. Dunn, Respondent, v. Interurban Street Railway Company, Appellant.— Order affirmed, with costs. No opinion.

Michael Coleman, Respondent, v. Interurban Street Railway Company, Appellant.— Order affirmed, with costs. No opinion.

The People of the State of New York ex rel. Joseph Fennelly, Respondent, v. Amalgamated Copper Company and The National City Bank of New York, Appellants.— Order affirmed, with costs. No opinion.

Edwin W. Knickerbocker, Respondent, v. Benn Conger and Others, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Walter F. Kilpatrick, Respondent, v. William Whitmer & Sons, Incorporated, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion.

The People of the State of New York ex rel. Joseph Fennelly, Respondent, v. United Copper Company and Tracy S. Buckingham, Appellants.—Order affirmed, with costs. No opinion.

Adolph C. Hottenroth, Appellant, v. Hugo Hirsh and Others, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Louis Becker, Respondent, v. William Seggie, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion.

The People of the State of New York ex rel. George H. Peterson. Appellant, v. William McAdoo, as Police Commissioner of the City of New York, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion.